Richard E. Donahoo, State Bar No. 186957
**DONAHOO & ASSOCIATES**
440 West First Street, Suite 101
Tustin, California 92780
Telephone: (714) 953-1010
Facsimile: (714) 953-1777
rdonahoo@donahoo.com

JS-6

Attorneys for Plaintiff JAMES CRADDICK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| JAMES CRADDICK<br><br>Plaintiff,<br><br>v.<br><br>MESA ENERGY SYSTEMS, INC. And DOES 1 through 200,<br><br>Defendant. | Case No.: SACV09-00680 JVS (MLGx)<br><br>**ORDER ON STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION WITH PREJUDICE AND REMAND**<br><br>Complaint Filed: |

Pursuant to the parties' stipulation, Plaintiff's Third Cause of Action for Unpaid Vacation Pay is dismissed with prejudice, and this matter is hereby remanded to Orange County Superior Court.

Dated: July 01, 2009     By: _____
                             HON. JAMES V. SELNA
                             U.S. DISTRICT COURT JUDGE